UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

IN RE: RONALD J. RESMINI

MISC. NO. 06-577

**SHOW CAUSE ORDER**

On January 31, 2006, the Respondent filed the attached Attorney Registration Form to satisfy the "Periodic Registration Requirements" of LR Gen 203(d) but the form was incomplete, in that the Respondent failed to answer the question asking whether he has been subjected to any disciplinary action by any other court or body having disciplinary authority over attorneys.

Therefore, the Respondent is hereby directed to show cause within ten (10) days of this Order why he should not be administratively suspended from the bar of this Court for failing to comply with the provisions of LR Gen 203.

SO ORDERED.

Ernest C. Torres
Chief United States District Judge

Date: 6/16/06