UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RE: RONALD J. RESMINI MISC. NO. 06-577

PETITIONER'S RESPONSE AND MEMORANDUM
TO SHOW CAUSE ORDER

Now comes the Petitioner in the above entitled cause and attaches the United States District Court Attorney Registration Form inadvertently filed without completion. Filing said incomplete form was an oversight and not intended to deceive this Honorable Court. (Neither yes or no was checked).

Attached is United States District Court Attorney Registration form.

RONALD J. RESMINI, ESQ.#0484
155 South Main St., Suite 400
Providence, Rhode Island 02903
DATED: June 23, 2006
(401)751-8855

CERTIFICATION

I hereby certify that on this 23rd day of June, 2006 I hand-delivered the Response and Memorandum to ShowCause Order to Paulette Dube, Chief Clerk, U.S. District Court, One Exchange Terrace, Prov., RI 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ATTORNEY REGISTRATION FORM**

NAME: DESMINI RONALD J
(Last) (First) (Middle Initial)

*If admitted to the bar of this Court under a different name, please indicate below:*

NAME: ______
(Last) (First) (Middle Initial)

BUSINESS ADDRESS: Donald J Desmini Ltd Law Office
(Firm/Company)

155 South Main St Suite 400
(Street Address and Suite)

Prov RI 02903
(City/Town) (State) (Zip Code)

TELEPHONE: 401 751 8855 FAX: ______

RHODE ISLAND BAR NUMBER: 0484 E-Mail Address: ______

DATE ADMITTED TO THE DISTRICT OF RHODE ISLAND BAR: 1985 8/7/72

DATE ADMITTED TO THE RHODE ISLAND STATE BAR: 1968

Have you ever been convicted of a serious crime as defined in Local Rule 213(a)(3) or been subjected to any disciplinary action by any other court or body having disciplinary authority over attorneys?

( ✓ ) Yes* See attached A. ( ) No

*If YES, attach a separate statement of the circumstances.

I hereby certify that:

1. I am currently in good standing as an attorney admitted to practice before the Bar of the Supreme Court of the State of Rhode Island and any other court whose certificate I submitted upon my request for admission;
2. I have not been disbarred or found unfit, for any reason, to continue practicing law by any other court or body having disciplinary authority over attorneys; and
3. The information contained in this registration form is true and correct.

SIGNATURE: [signature] DATE: Jan 4 06

**MAIL OR HAND DELIVER THIS FORM TOGETHER WITH A $15.00 CHECK PAYABLE TO: "BOARD OF BAR EXAMINERS" to Clerk, U.S. District Court One Exchange Terrace, Providence, RI 02903**

Clerk's Office Use Only:

| Date received: | $15.00 fee receipted: | Admission verified: | Record updated: |
|---|---|---|---|
| 1/31/06 | [initials] | 1/31/06 | [initials] |

PAID

"A"

Petitioner was readmitted into the United States District Court for the District of Rhode Island on March 1, 1994 following a suspension by the Rhode Island Supreme Court in 1992. Lisi v. Resmini, 603 A2d 321 (R.I. 1992).

1. Petitioner was suspended for one year for signing Interrogatories in 1988 on behalf of clients who provided the answers, but were unable to be located for signature. Chief Disciplinary Counsel, David Curtin provided the following information pertaining to the disciplinary record of the Petitioner:

1. Lisi v. Resmini - suspended one year (1992)
2. Matthews v. Resmini - private censure (1991)
3. MacDonald v. Resmini - private censure (1991)
4. Shahbaz v. Resmini - reprimand (1994)

Each of these matters, including the suspension of 1992, involved actions performed in 1988 or earlier, 18 years prior to the present.

2. & 3. MATTHEWS and MacDONALD v. RESMINI, involved complaints filed in 1988 and 1987 but decided by the Court collectively in April, 1991 resulting in two private censures for the unauthorized practice of law. Circumstances involved my brother, Wayne G. Resmini, Esq. then a public adjuster who was employed by my firm.

4. SHAHBAZ matter resulted in a reprimand for advancing funds to a client after the case was settled but before the check was received from the insurance carrier.

Petitioner was readmitted to the Rhode Island Supreme Court one year after the suspension in 1993 and the Massachusetts State Court in 1994 and the United States District Court for the District of Rhode Island on March 1, 1994.

Petitioner is currently a member in good standing in all courts.