UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

IN RE: Ronald J. Resmini Misc. No. 06-577

**ORDER**

On June 16, 2006, an order was issued directing the respondent to show cause why he should not be administratively suspended he bar of this Court for failing to comply with the provisions of L.R. Gen. 203 by not fully completing the registration form.

Respondent has since completed the form and explained that his failure to initially do so was inadvertent. Therefore, the Court considers that cause has been shown as to why he should not be suspended.

By Order

Paulette [signature]
Chief Deputy Clerk

ENTER:

[signature]
Ernest C. Torres
Chief Judge

Date: July 14, 2006